UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER WOODS,

    Plaintiff,

CASE NO. 1:16-CV-1285

v.

HON. ROBERT J. JONKER

BENZIE COUNTY and BENZIE COUNTY
SHERIFF'S DEPARTMENT,

    Defendants.
_____/

## ORDER

The parties' proposed extension of Case Management Order deadlines (ECF No. 26) is **DENIED** without prejudice.  The Case Management order deadlines were either the deadlines the parties requested — or more generous deadlines.  The parties' must provide an explanation of good cause so the Court can understand why these deadlines are no longer sufficient.

Dated:    June 5, 2017          /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE