IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

CHRISTOPHER WOODS,

         Plaintiff,

v

BENZIE COUNTY and BENZIE COUNTY
SHERIFF'S DEPARTMENT,

         Defendants.

HON. ROBERT J. JONKER
U.S. DISTRICT COURT JUDGE

FILE NO. 1:16-cv-01285-RJJ-RSK

_____/

| | |
|---|---|
| Daniel P. O'Neil (37051) | Gregory R. Grant (P68808) |
| THOMPSON O'NEIL, P.C. | CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 309 E. Front Street | 400 W. Front Street, Ste. 200 |
| Traverse City, MI  49684 | Traverse City, MI 49684 |
| (231) 929-9700/(231) 929-7262 Fax | (231) 922-1888/(231) 922-9888 Fax |
| Oneil@ThompsonOneilLaw.com | ggrant@cmda-law.com |

_____/

## STIPULATION AND ORDER EXTENDING DATES AND DEADLINES

NOW COME the parties herein, by and through their respective attorneys of record, and hereby stipulate and agree to extend the following deadlines and dates contained in the Case Management Order, ECF No. 13, due to the fact that depositions are still ongoing and due to the fact that additional depositions will be necessary.   The parties have taken 1 deposition to date and others were delayed due to unforeseen circumstances.   The parties have approximately 6-8 depositions remaining including those of experts.   In addition, Defendants are awaiting discovery responses from Plaintiff which are due on June 14, 2017.   It is possible that these discovery responses may lead to the need for additional discovery.

The parties agree to the following extensions:

1.   Completion of discovery moved to August 30, 2017.

2.   Dispositive motions deadline moved to October 15, 2017.

3.   Settlement Conference hearing date to be determined by the Court.

4.   Final PreTrial Conference hearing date to be determined by the Court.

5.   ADR to take place on or before August 30, 2017.

Dated:  June 5, 2017                                    THOMPSON O'NEIL, P.C.

                                                                      /s/ Daniel P. O'Neil
                                                                      Daniel P. O'Neil (37051)
                                                                      Attorneys for Plaintiff

Dated:  June 6, 2017                                    CUMMINGS, McCLOREY, DAVIS
                                                                            & ACHO, P.L.C.

                                                                      /s/ Gregory R. Grant
                                                                      Gregory R. Grant (P68808)
                                                                      Attorneys for Defendants

## ORDER EXTENDING DATES AND DEADLINES

At a session of said Court, held in the
U.S. Western District Court, State of
Michigan, on the _____ day of June, 2017

PRESENT:   HONORALE ROBERT J. JONKER
                       U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED.

                                                    _____
                                                    Robert J. Jonker, U.S. District Court Judge
                                                    Dated: