UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER WOODS,

    Plaintiff,

CASE NO. 1:16-CV-1285

v.

HON. ROBERT J. JONKER

BENZIE COUNTY and BENZIE COUNTY SHERIFF'S DEPARTMENT,

    Defendants.
_____/

## ORDER

The proposed Case Management Order extensions (ECF No. 29) are again **DENIED**. Good cause requires the parties to explain why they only got to one deposition despite nearly exhausting the discovery period they requested. The parties must also explain why the added depositions are needed. In short, just because the parties did not get to discovery until the deadline approached is not good cause for an extension.

Dated:    June 7, 2017

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE